# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| ELIZIBETH MAYES, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **Case No. 09-CV-278-JHP** |
| | ) | |
| WHITLOCK PACKAGING | ) | |
| CORPORATION, a Domestic Corporation, | ) | |
| | ) | |
| **Defendant.** | ) | |

## JUDGMENT

In accordance with the Opinion and Order granting Defendants' Motions for Summary Judgment entered contemporaneously herewith, the Court hereby awards judgment in favor of Defendant Whitlock Packaging Corporation and against Plaintiff Elizibeth Mayes. Accordingly, the Court finds as moot the Defendant's Motion in Limine [Doc. No. 42], Plaintiff's Motion in Limine [Doc. No. 43], and Joint Motion to Extend Deadlines [Doc. No. 50], and terminates this case.

IT IS SO ORDERED this 29th day of April, 2010.

James H. Payne
United States District Judge
Eastern District of Oklahoma